# Commonwealth of Kentucky

## Fayette Circuit Court

**Civil Division**

_____ Division

Civil Action No. 2011-CI-2872

Misty Lynn Wesley                                       Plaintiff

v.

## Complaint

UK Federal Credit Union                                 Defendant

***********

Comes now the Plaintiff, Misty Lynn Wesley, and for her Complaint to this Circuit Court and she legally states as follows:

1. The Plaintiff used to work for UK Medical Center from 2001 to 2003.

2. An account was started at the UK Federal Credit Union and monies were automatically drafted from her paycheck to put into this account at the bank.

3. When the Plaintiff was wrongfully discharged from UK Medical Center in February 2003, the account supposedly had a negative balance due to the overdraft protection on the account.

4. On the day in question, the Plaintiff went to an ATM machine located near Limestone and attempted to deposit her cash in her account with the

amount being over 700.00; The Plaintiff put the cash in the envelope, filled out the envelope and submitted her debit card into the ATM machine; The bank stated that the account had a negative balance, took the Plaintiff's ATM card and kept the envelope full of cash.

5. The Plaintiff started a new position at another facility and attempted to submit her paycheck by direct deposit and the bank stated that the account was frozen and they would not release the account even after the balance had been paid. The Plaintiff spoke with the Defendant as well as did the HR Director to try to use the account again and the bank refused to release the account. It is obvious here that with the balance covered through the ATM deposit, the account should have been usable and the Plaintiff should not have had any problems after that point with the direct deposit from her employer but she did.

6. Now the Plaintiff had a case file at the District Court with Judge Ransdell and the female employee that called the Plaintiff and lied to her to jeopardize her case file on purpose to try and make her lose the case However the other male employee from another branch pulled the bank records and mailed them to her promptly.

7. The Plaintiff won that case file against the bank; However, after the female employee deliberately lied to the Plaintiff to try and cost her a case file, she and the Defendant hired a law firm which inquired about the supposed negative balance even after the balance had been paid in full and then some.

8. Now with the credit law firm hired in 2009, this Defendant refuses to take the negative balance off of the credit file which makes the credit score go down and obviously the Plaintiff can actually prove her tort claim to the Court. Again, they fight the Plaintiff tooth and nail, over the credit file procedures and then they took monies out of the savings to try and cover the negative balance which is wire fraud as well.

9. With the constant monthly billing of the UK Federal Credit Union, the Plaintiff can prove the tort claim for Defamation, Slander and Libel acts as well as a RICO statute for conspiracy, mail and wire fraud for the Federal Court.

> Wherefore, the Plaintiff respectfully requests that this Court grant her 500 million for the Tort Claim after a jury trial as well as a permanent injunctive relief pursuant to CR 65 to have all 3 credit bureaus seal the Plaintiff's credit report from anyone unless they

have special permission from the Plaintiff verbally by calling and to have all 3 credit bureaus remove UK Federal Credit Union from her credit file immediately after this case file is completed and that UK Federal Credit Union be barred from mailing any more bills to the Plaintiff of Record.

Respectfully Submitted,

Misty L. Wesley, Plaintiff

1344 Dale Drive

Lexington, Kentucky 40517

[859] 271-5294

## Certificate of Service

This will certify that a true and correct copy of this foregoing complaint will be mailed to the Defendant of Record after this Court's initial ruling on her Writ of Forma Pauperis:

UK Federal Credit Union

2557 Sir Barton Way